UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-24223-CIV-MARTINEZ/SANCHEZ

CHANEL, INC.,

      Plaintiff,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Entry of Preliminary Injunction ("Motion"), (ECF No. 8). Judge Sanchez filed an R&R recommending that the Motion be granted. (ECF No. 29). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 29), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion for Entry of Preliminary Injunction, (ECF No. 8), is **GRANTED** as set forth below:

(1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any of the Defendants having notice of this Order are hereby restrained and enjoined, until further Order of this Court:

    a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing and/or using the Chanel Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by Plaintiff; and

    b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiff, bearing and/or using the Chanel Marks, or any confusingly similar trademarks; (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Chanel Marks, or any confusingly similar trademarks; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant.

(2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Chanel Marks or any confusingly similar trademarks, on or in connection with all e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the E-commerce Store Names.

(3) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Preliminary Injunction shall immediately discontinue, until further Order of this Court, the use

of the Chanel Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms that are visible to a computer user or serves to direct computer searches to e-commerce stores registered, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the E-commerce Store Names.

(4) Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the E-commerce Store Names and shall take all steps necessary to retrieve computer files relating to the use of the E-commerce Store Names that may have been deleted before the entry of this Preliminary Injunction.

(5) Upon Plaintiff's request, the privacy protection service for any of the E-commerce Store Names for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information is ordered to disclose to Plaintiff the true identities and contact information of those registrants.

(6) Upon receipt of this Preliminary Injunction, the Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("PayPal"), and their related companies and affiliates shall immediately, to the extent not already done, (i) identify all financial accounts and/or sub-accounts, associated with the Internet based e-commerce stores operating under the E-commerce Store Names, payees, merchant identification numbers, financial accounts, and/or the e-mail addresses identified on Schedule "A" hereto, as well as any other related accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial

institution account(s) or any of the other financial accounts subject to this Preliminary Injunction; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) divert those restrained funds to a holding account for the trust of the Court;

(7) Upon receipt of this Preliminary Injunction, the Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates, shall further, to the extent not already done, provide Plaintiff's counsel with all data that details (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained. No funds restrained by this Preliminary Injunction shall be transferred or surrendered by any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website, including but not limited to, PayPal, and their related companies and affiliates for any purpose (other than pursuant to a purchase refund chargeback made by a consumer) without the express authorization of this Court.

(8) Any Defendant or financial institution account holder subject to this Preliminary Injunction may petition the Court to modify the asset restraint set out in this Order.

(9) This Preliminary Injunction shall apply to the E-commerce Store Names, associated e-commerce stores, and financial accounts, and any other e-commerce store names or financial accounts which are being used by Defendants for the purpose of counterfeiting the Chanel Marks and/or unfairly competing with Plaintiff.

(10)   This Preliminary Injunction shall no longer apply to any Defendant or associated e-commerce store name dismissed from this action or as to which Plaintiff has withdrawn its request for a preliminary injunction.

(11)   Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), Plaintiff shall maintain its previously-posted bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint, during the pendency of this action, or until further Order of the Court. In the Court's discretion, the bond may be subject to increase should an application be made in the interest of justice.

(12)   In addition, for the purpose of providing additional notice of this proceeding and all other pleadings, orders, and documents filed herein, the owners, operators and/or administrators of the e-commerce stores, and/or financial institutions, payment processors, banks, escrow services, and money transmitters, and marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates shall, at Plaintiff's request, provide Plaintiff's counsel with any e-mail addresses known to be associated with Defendants' respective E-commerce Store Names.

(13)   This Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date set by the Court or stipulated to by the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of November 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
Counsel of Record

5

# SCHEDULE "A"
## DEFENDANTS BY NUMBER, E-COMMERCE STORE NAMES, FINANCIAL ACCOUNT INFORMATION, AND MEANS OF CONTACT

| Def. No. | Defendant / E-commerce Store Name | Payee | Merchant ID | Means of Contact |
|---|---|---|---|---|
| 1 | chanelover.com | 武汉尚理法律咨询有限公司 | DQZMDZ3EW7BD2 | intheluxury@outlook.com |
| | chanelove.shop | HUANGYEYONG LLC | 8RR7HLE8FXTJN | intheluxury@outlook.com |
| | saksoffvip.com | 武汉市易建通科技有限公司 | JV6BLY7R85GDJ | intheluxury@outlook.com |
| 2 | saks-sale.com | Demeanorwave | P38KZWXDHFH4N | saks-sale@outlook.com<br>saksinlastcall@outlook.com |
| | saks5th-bag.com | Demeanorwave | P38KZWXDHFH4N | saksinlastcall@outlook.com<br>saksoff5th@163.com |
| | off5th-sale.com | ethroak | MD9GPEYLYFAKQ | saksinlastcall@outlook.com |
| | sakssamplesale.com | ethroak | MD9GPEYLYFAKQ | saksoff5th@163.com |
| | saks5th-lastcall.com | Xuzhou Liangzi Building Decoration Co., Ltd. | G7F2NLYY7RYKC | saksoff5th@163.com |
| | saks-hotsale.com | Saks-HotSale | VJMBDUSK4CR5C | Saks-HotSale@outlook.com<br>saksoff5th@163.com |
| | saksfifth-clearance.com | Suzhou Chuzhuo E-commerce Co., Ltd. | GB5ZSSQVJVR44 | saksinlastcall@outlook.com |
| | saks--inlastcall.com | 西咸新区秦汉新城晨亮电子商务有限公司 | NKJMJWJ6PS7WW | saksinlastcall@outlook.com |
| 3 | off5th-online.shop | Luxurious Grace | QDQRJVXP8XJAW | huibobby@hotmail.com |
| | hotboutiques.top | 佛山市南海区爽栩信贸易商行（个体工商户） | QDQRJVXP8XJAW | huibobby@hotmail.com |
| | yairule.shop | Luxurious Grace | QDQRJVXP8XJAW | wayillop@hotmail.com<br>huibobby@hotmail.com |
| | sunnygirly.com | 佛山市南海区颜忻梦贸易商行（个体工商户） | 6N6S37QBK8SQ4 | luxubagteam@outlook.com<br>wayillop@hotmail.com |
| | torsomm.shop | 佛山市南海区颜忻梦贸易商行（个体工商户） | 6N6S37QBK8SQ4 | luxubagteam@outlook.com<br>wayillop@hotmail.com |

|   |   |   |   |   |
|---|---|---|---|---|
| 4 | bagsflash.com | xin jiang ming xin xiang yu zhu bao yu qi you xian gong si | UMA9D46Y5NKJ8 | support@xiaoketyy.com |
|   | bagshoping2024.com | xin jiang ming xin xiang yu zhu bao yu qi you xian gong si | UMA9D46Y5NKJ8 | bodroomltd@gmail.com |
|   |   | shen zhen shi wei xin ling dian zi shang wu you xian gong si | X959NS4RSDARL | bodroomltd@gmail.com |
|   | bagss2024.us | shen zhen shi wei xin ling dian zi shang wu you xian gong si | X959NS4RSDARL | support@xiaoketyy.com jinjjusn@outlook.com |
|   | nordstromlg.com |   | EU9UZALX85UXW | support@xiaoketyy.com |
| 5 | criticaly.online | GREEN E-2FOUR PRIVATE LIMITED | YFQY32ER5WSKA | customercs@visable-online.com |
|   |   | GLAMOUR VOGUE PTE. LTD. | PSJH7JJC9J7FJ | customercs@visable-online.com |
|   | tivagses.com | TRENDY LUXE PTE.LTD. | HPZ22CRQ4TQ7N | customercs@visable-online.com |
|   |   | VERDETENDENZA GALLERY PTE.LTD. | WBCSTFY45AXRU | customercs@visable-online.com |
|   | lakevne.live | VERDETENDENZA GALLERY PTE.LTD. | 7SVKRC8Y25SFA | customercs@visable-online.com |
|   |   | PRESTIGE CHARM PTE.LTD. | NBUDWL3A9MSAW | csservice@splendorxa-live.com |
| 6 | elegapro.com | laikewenhuawangluochuanmeiyouxiangongsi | PPKUUGGWTTN3Q | thegreatbag@outlook.com theluxurybag@outlook.com 1416352721@qq.com |
|   | takeluxurybag.shop | laikewenhuawangluochuanmeiyouxiangongsi | PPKUUGGWTTN3Q | thegreatbag@outlook.com theluxurybag@outlook.com 1416352721@qq.com |
| 7 | newyorkndrack.com | 广州臣乌邨贸易有限公司 | J86SS63N95PLJ | bagservice001@gmail.com |
|   | ndrgoyeen.shop | SHENGXIJIE | CC3W727KEH3WQ | bagservice001@gmail.com |
| 8 | nordstrompk.com | xluxurybags | QYH5BBT8YMP9W | support@nordstrompk.com |
|   | xluxurybags.com | xluxurybags | QYH5BBT8YMP9W | jeffrey@xluxurybags.com support@nordstrompk.com |
| 9 | saks5thinclearance.com | 盐城长风出海科技有限公司 | 685JCVQQN82Q2 | saksclearance@outlook.com |
|   | saks5th-clearance.com | Saks Clearance | 685JCVQQN82Q2 | saksclearance@outlook.com |
| 10 | rackclearances.com | Bag | QJLX5DKGRN2ES | zengshida@gmail.com annikamiller@yeah.net WhatsApp: 85252959391 |
|   | rackbag-us.com | Bag | QJLX5DKGRN2ES | AnnikaMiller@yeah.net servewatchmaxx@gmail.com |

| | | | | |
|---|---|---|---|---|
| 11 | nordstromlastcall.com | YoungSong (HongKong) Co., Limited | DNZ7JJB4Q2PXG | support@saks-5thclearance.com |
| | saks-5thclearance.com | YoungSong (HongKong) Co., Limited | DNZ7JJB4Q2PXG | roc@saks-5thclearance.com |
| 12 | neimanmaccuuss.com | Jinhua Li Technology Co., Limited | VCSV56EPQCG7C | support@outlets.services<br>moorains@hotmail.com |
| | saksof-5th.com | Jinhua Li Technology Co., Limited | VCSV56EPQCG7C | support@outlets.services |
| 13 | off5th.top | Online Website Store | TMKFSZTPYEPR6 | hello@servicecus.com |
| | saksbag.com | Online Website Store | TMKFSZTPYEPR6 | service@servicecus.com |
| 14 | angelley.shop | ZHENGSHENG STORE | T95KN7TVBUPS2 | support@rackbags.top |
| 15 | discountsonlines.com | | HSD4ZZUCDFYG2 | kevinlinawesome@gmail.com<br>WhatsApp: 8617850371075 |
| 16 | lastchanceoutlets.com | 深圳市若风云科技有限公司 | 9ZBXEQQT8BWLN | itPurse.com@gmail.com<br>support@vipfasbags.shop |
| 17 | lastchancesals.com | Jiangbang Technology Limited | YDTRX3HJJYHJG | support@lastchancesals.com |
| | rackselas.com | | EL7NB2UAMSKY2 | support@rackselas.com |
| 18 | luckypraise.com a.k.a. luckypraiise.com | lyxjsy@outlook.com | TG4T8SQYM8BEN | luckypraise.lisa@gmail.com |
| 19 | luxlovers.shop | Wear your personality, a new summer style | AJARX6JZSMYRN | bainedana86@gmail.com |
| 20 | mallnordstromrack.com | 百年品牌批发公司 | NL47V73BDHLZQ | service@mallnordstromrack.com |
| | | | JUPNU9D2HHFKC | service@mallnordstromrack.com |
| 21 | neimanmarcuuss.com | watch fashion LLC | 6E6BF24RSNDWN | support@neimanmarcus-last-call.com<br>service@topservicestar.com |
| 22 | nmlastcall.top | roling st | KUM3VP8G268ML | hello@fragrancedeflo.com<br>hello@inperfume.store<br>cusassist@outlook.com<br>hello@beautifulwinter.shop |
| 23 | nordstrommarkdowns.shop | 深圳市无忧科技供应链有限公司 | RQ9APNFB3TXT8 | service@customerservice-help.com<br>service@help-centerservice.com |
| 24 | racklastchance.com | | DNJTV5F3UZLZE | NordstromPR@outlook.com<br>345738959@qq.com |
| 25 | sak5thoutlet.com | 山东格陆博智能装备有限公司 | 97PB2ETR7L5JY | iouls6767679@gmail.com |
| 26 | saks5thflash.com | 深圳联盈新能源科技有限公司 | 452EZ4X763NCW | info@saks5thflash.com |

| 27 | saks5thonclearance.com | 深圳市酷趣咪科技有限公司 | LPGD4SUBBN5YE | sale@saks5thonclearance.com |
| 28 | saks-clearances.com | 167529160@qq.com | YW93EA87M236W | Saks-clearances@outlook.com |
| 29 | saksclearancesale.com | Lucille Department Store Trading Co., LTD | JNET6NJ6DQNDU | saksoff5th01@outlook.com |
| 30 | saksfifthoff5th.com | ZYTC | SMYPYKUWCFBQJ | saksfifthoff5th@outlook.com |
| 31 | spikestars.com | 河南物万种商贸有限公司 | JEC9KLNUUFMXE | luxury_watch@e-aliyun.com |
| 32 | xviller.com | 绵阳市网尚电子商务有限公司 | Y445QJRSABYP2 | servicewkstore@gmail.com<br>service@silencewalk.com |